NUMBER 13-09-00016-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE MATTER OF $2,500.00

_____________________________________________________________


On appeal from the 24th District Court


of De Witt County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellant, Tyrone Lafredrick Johnson, attempted to perfect an appeal from an order
entered by the 24th District Court of De Witt County, Texas, in cause no. 06-08-20,398. 
Upon review of the documents before the Court, it appeared that the order from which this
appeal was taken was not a final appealable order. The Clerk of this Court notified
appellant of this defect so that steps could be taken to correct the defect, if it could be
done. See Tex. R. App. P. 37.1, 42.3. Appellant was advised that, if the defect was not
corrected within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice. 

 The Court, having considered the documents on file and appellant's failure to correct
the defect in this matter, is of the opinion that the appeal should be dismissed for want of
jurisdiction. See id. Accordingly, the appeal is DISMISSED FOR WANT OF
JURISDICTION. See id. 42.3(b),(c).

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 21st day of May, 2009.